# Court Ordered Defendants to be Served

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/22/15 3:23:40 PM
KEITH E. HOTTLE
Clerk

| Name | Address | City, State, Zip | Served | Notes | Substitute Service |
|---|---|---|---|---|---|
| Aida Vera Olguin | 8721 Ipswich Bay Drive | Austin, TX 78747 | 09/22/14 | | |
| Albesa Longoria c/o Norma Longoria | 5412 Princess CT Lake | Dallas, TX 75065 | 09/23/14 | | |
| Amalia Longoria Cuellar | 2418 S. FM 2191 | Falfurrias, TX 78355 | 09/22/14 | | |
| Anadelia Villarreal | 1917 Central Avenue | Port Lavaca, TX 77979 | no | returned on or about 10/1/2014 unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Ariel Ramirez | 223 Ranch Country Drive | LaVernia, TX 78121 | 9/22/2014 | | |
| Arturo Garza | 4514 Megal Drive | Corpus Christi, TX 78413 | 09/22/14 | | |
| Audelia Villarreal Sanchez | PO Box 363 | Port Lavaca, TX 77979 | 09/22/14 | | |
| Daniel Juarez III | PO Box 427 | Manor, TX 78653 | 09/24/14 | | |
| Elma E. Rodriguez | 6800 E. FM 916 | Grandview, TX 76050 | 09/23/14 | | |
| Elva L. Hyde | 349 YU Jones Road | Richmond, TX 77469 | 09/22/14 | | |
| Elva Perez Morales Estate | 559 S. Business Hwy 281 | Encino, TX 78353 | 09/22/14 | | |
| Elva Villarreal Rosas | PO Box 7641 | Victoria, TX 77903 | 09/23/14 | | |
| Enrique Longoria c/o Micaela De Luna Longoria | 1815 Ann Street | Edinburg, TX 78539 | 9/20/14 | | |
| Ernestine E. Bazan | 206 Lariat Lane | Victoria, TX 77901 | 09/24/14 | | |
| Flora L. Garza | 515 Terrace Drive | Austin, TX 78704 | 09/23/14 | | |
| Hector Gutierrez | 817 FM 755 | Encino, TX 78353 | 09/22/14 | | |
| Hector Villarreal | 20613 Alta Vista Court, Apt A | Harlingen, TX 78550 | no | returned on or about 10/21/14 unclaimed; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Homer Escalante | 4366 FM 236 | Victoria, TX 77905 | 09/20/14 | | |
| Joe Warren Friend, Jr. | 5102 Green Talley Trail | San Antonio, TX 76904 | 09/23/14 | | |
| John O. Hastings, Jr. | 3661 Wickersham Lane | Houston, TX 77027 | 10/14/14 | | |

Green highlighted fields indicate Court Ordered Defendents that were served.
Yellow highlights indicate unserved.

| | | | | | |
|---|---|---|---|---|---|
| John V Espinoza, Guardian for Hollie Elizabeth Espizona | 204 Kirkwall | Victoria, TX 77901 | 10/06/14 | | |
| John V. & Amelia Villarrreal Espinoza | 204 Kirkwall | Victoria, TX 77901 | 10/06/14 | | |
| Jose E. Gutierrez | 2419 Briarwood Drive | Mission, TX 78574 | 09/24/14 | | |
| Jose Ovidio Garza | 482 S. Business HWY 281 | Encino, TX 78353 | 09/22/14 | | |
| Juan Longoria | 3706 Tiger Lane | Corpus Christi, TX 78415 | 09/22/14 | | |
| Kenneth D. Crews | 401 E. Yarrow Avenue | McAllen, TX 78504 | no | returned on or about 10/27/2014 unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Lisabeth J Crews | 1312 Nightgale Drive | Cedar Park, TX 78613 | no | returned on or about 10/09/14 unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Longoria Santa Rosa Ranch c/o Claude C. Longoria | 9508 Campton Farms | San Antonio, TX 78250 | 09/30/14 | new address - PO Box 470714 Fort Worth, TX 76147-0714 | |
| Maria E. & Joe M. Rivera | 579 Hackberry Bend | Port Lavaca, TX 77979 | 09/22/14 | | |
| Max Luther III | 4971 Cherry Hills | Corpus Christi, TX 78413 | 09/20/14 | | |
| Merardo & Elma Lydia Villarreal | 146 County Road 309 | Encino, TX 78353 | 09/22/14 | | |
| Michele L. Ramirez | 214 Roswell Canyon | San Antonio, TX 78245 | 09/20/14 | | |
| Noble Royalties, Inc. | PO Box 660082 | Dallas, TX 75266 | 09/23/14 | | |
| Noe Juarez | PO Box 457 | Manor, TX 78653 | 09/23/14 | | |
| Noel Garza | PO Box 197 | Falfurrias, TX 78355 | 09/25/14 | | |
| Noel Villarreal | PO Box 5784 | Victoria, TX 77903 | 09/23/14 | | |
| Noelia Trevino Herrera | 1014 FM 755 | Encino, TX 78353 | 09/22/14 | | |
| Olga T. Cantu | PO Box 49 | Encino, TX 78353 | 09/22/14 | | |
| Olivia P. Longoria c/o Sylvia L. Cuellar | 2010 East Hwy 285 | Falfurrias, TX 78355 | 09/20/14 | | |
| Ovidio & Cleotilde Escalante | 4606 E. North Street | Victoria, TX 77901 | 09/21/14 | | |
| Pedro Ramirez, Jr. | 4416 Idledale Drive | Fort Collins, CO 80527 | 09/23/14 | | |
| Praxis Energy LLC | 5004 Polo Parkway | Midland, TX 79705 | 09/22/14 | | |

Green highlighted fields indicate Court Ordered Defendents that were served.
Yellow highlights indicate unserved.

| Name | Address | City/State/Zip | Date | Status | Motion |
|---|---|---|---|---|---|
| R.W. Gribble, III | 3402 Shore Crest Drive | Dallas, TX 75232 | 10/10/14 | | |
| R.W. Gribble, Jr. | 3402 Shore Crest Drive | Dallas, TX 75232 | no | returned on or about 10/20/2014 unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Renaldo Perez, Jr. | 119 County Road 312 | Encino, TX 78353 | 09/23/14 | | |
| Rene Longoria | 19335 Oneida Road | Apple Valley, CA 92307 | 09/23/14 | | |
| Ricardo Juarez | PO Box 901 | Manor, TX 78653 | 09/22/14 | | |
| Roberto Gutierrez | 410 E. Milam | Falfurrias, TX 78355 | 09/26/14 | | |
| Roel Perez | 541 S. Business Hwy 281 | Encino, TX 78353 | 09/22/14 | | |
| Roy Longoria | 8700 Honeysuckle Terrace | Austin, TX 78759 | 09/23/14 | | |
| Ruben Trevino, Jr. | PO Box 173 | Encino, TX 78353 | 09/22/14 | | |
| Sylvia R. Longoria Ind/Executrix of the Estate of Mateo Longoria, Jr. | PO Box 11 | Encino, TX 78353 | 09/23/14 | | |
| Thomas Anthony Ramirez | 3833 Kitty Lane | Corpus Christi, TX 78414 | | Per USPS Attemped 10/3/14; 10/8/14; 10/18/14 returned on or about 10/18/2014 unclaimed | 12/05/14 - Requested Motion for Substitute Service |
| Universal Royalty Company Ltd | PO Box 12167 | Dallas, TX 75225 | 09/22/14 | | |
| Valerie E. Dunham | 3415 Havenbrook Drive Apt 801 | Kingwood, TX 77339 | no | returned on or about 11/30/2014 unable to forward attempted - not know | 12/05/14 - Requested Motion for Substitute Service |
| Viola & Matias Canales | PO Box 171 | Tivoli, TX 77990 | 09/23/14 | | |

**\* The parties listed below are parties the plaintiffs attempted service on in addition to the parties the defendant provided initially. Plaintiff felt that the Defendants would eventually require these additional parties to be served and were attempting to eliminate the service issue for good.**

Green highlighted fields indicate Court Ordered Defendents that were served.
Yellow highlights indicate unserved.

| | | | | | |
|---|---|---|---|---|---|
| Armando & Maria O. Garcia | 214 Winewood Drive | San Antonio, TX 77821 | no | returned; unable to forward, address unknown | 12/05/14 - Requested Motion for Substitute Service |
| Daniel E. Longoria | 8543 Timber Lodge | San Antonio, TX 78250 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Benjamin Ivan Longoria | 280 Easy Street Apt 505 | Mountain View, CA 94043 | 10/08/14 | | |
| Beverly York | 5555 Richard Avenue | Dallas, TX 75206 | 09/25/14 | | |
| Carlos Rodriguez | 10505 White Clover Terrace | Potomac, MD 20854 | 09/25/14 | | |
| Cecilia Longoria | 618 Austin Street | Liberty, TX 77575 | 09/25/14 | | |
| Consuelo & Fidencio Perez | 541 S. Business Hwy 281 | Encino, TX 78353 | 09/22/14 | | |
| Dan York | 16039 Maricopa Hwy | Bakerfield, CA 93311 | 09/25/14 | | |
| Dora Garza Villarreal | 1100 Yucca | McAllen, TX 78501 | no | customer refused; she is Garza but not Villarreal | 12/05/14 - Requested Motion for Substitute Service |
| Edna L. Wright | 2129 Fairfax Road | Denton, TX 76205-5411 | 09/22/14 | | |
| Elaine Longoria Mustard | PO Box 338 | Marfa, TX 78843 | 10/20/14 | | |
| Eliza L. Villarreal | 1917 Central Avenue | Port Lavaca, TX 77979 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Elva R. and Oscar Hinojosa | 300 West Little Field | Falfurrias, TX 78355 | no | unclaimed | 12/05/14 - Requested Motion for Substitute Service |
| Elva Villarreal Garza | 3606 Oaklawn | Victoria, TX 77901 | 09/23/14 | | |
| Emma Lamar Vela | 729 Ridge Crest Circle | Denton, TX 76205-5411 | 09/23/14 | | |
| Enrique Perez | 118 E. Bennett | Falfurrias, TX 78355 | 09/24/14 | | |
| Esther Longoria Ramirez | PO Box 7641 | Encino, TX 78353 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Eufrasia Ramirez | PO Box 75 | Encino, TX 78353 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Fidencio Perez, Jr. | PO Box 154 | Encino, TX 78353 | 09/29/14 | | |

| | | | | | |
|---|---|---|---|---|---|
| Floridor Zamora | PO Box 13 | LaGrulla, TX 78548 | 09/24/14 | | |
| Gilberto Lopez | 6006 Blue Water Drive | Corpus Christi, TX 78415 | 09/20/14 | | |
| Gloria I. Gutierrez Ybanez | PO Box 594 | Hebbronville, TX 78361 | 09/23/14 | | |
| Gloria T. Juarez | PO Box 457 | Manor, TX 78653 | 09/23/14 | | |
| Guadalupe Longoria Garza | PO Box 44 | Encino, TX 78353 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Hector Perez | 313 San Saba Street | Falfurrias, TX 78355 | 09/30/14 | | |
| Homar Perez c/o First National Bank | PO Box 678 | Falfurrias, TX 78355 | 09/22/14 | | |
| Homero Rodriguez | 10908 B Crown Colony | Austin, TX 78747 | no | returned unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Idalia Villarreal | 1917 Central Avenue | Port Lavaca, TX 77979 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Janiece M. Longoria | 23 W. Terrace Drive | Houston, TX 77007 | 11/24/14 | returned; resend to 3825 Iverness Drive, Houston, TX 77019-1105 Resent to address above, served 11/24/2014 | |
| Joe Henkel, Trustee | Kleberg First National Bank FAO Max J Luther III, PO Drawer 911 | Kingsville, TX 78364 | 09/22/14 | | |
| John C. York | 6633 N. Mesa Street | El Paso, TX 79912 | 09/25/14 | | |
| Jose A. Gutierrez | PO Box 327 | Hebbronville, TX 78361 | 09/24/14 | | |
| Juan Luis Lopez | 1105 North Juarez | Rio Grande City, TX 78582 | 09/23/14 | | |
| Juan Manuel Perez | PO Box 596 | Ben Bolt, TX 78342 | | returned; deceased | |

| Name | Address | City/State/Zip | Date | Return Status | Motion |
|---|---|---|---|---|---|
| Lisando Longoria | HCR Box 16 | Linn, TX 78563 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Lucas Ramirez, Jr. | PO Box 75 | Encino, TX 78353 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Marcario L. Ramirez | PO Box 75 | Encino, TX 78353 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Maria Rita Longoria | HCI Box 16 | Linn, TX 78563 | no | returned; unable to forward; insufficient address | 12/05/14 - Requested Motion for Substitute Service |
| Marta R. Perez | PO Box 75 | Encino, TX 78353 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Matias Ramirez | Star Route 2, Box 91A | Beeville, TX 78102 | no | returned; unable to forward | |
| Mauro Longoria | 1310 Casa Linda Drive | Corpus Christi, TX 78411 | 09/22/14 | | |
| Narciso Longoria | 243 Parchman | San Antonio, TX 78214 | no | refused | 12/05/14 - Requested Motion for Substitute Service |
| Octavio Longoria | HCR-1 | Encino, TX 78353 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Olivia P. Longoria c/o Sylvia L. Cuellar | 2010 East Hwy 285 | Falfurrias, TX 78355 | 09/20/14 | | |
| Oscar and Angelita R. Ramirez | 6410 Longflower Lane | Kingwood, TX 77345 | 09/23/14 | | |
| Raul F. Garcia | 400 E. Theodura Street | San Diego, TX 78384 | no | returned; no mail receptacle | 12/05/14 - Requested Motion for Substitute Service |
| Richard Longoria | Star Route | Encino, TX 78353 | 09/22/14 | | |
| Rio National Bank c/o Ester L. Ramirez | PO Box 4196 | McAllen, TX 78504 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Rita R. & Gonzalo Garcia | 1115 West Elsmere Place | San Antonio, TX 78201 | no | returned; unable to forward | |

| | | | | | |
|---|---|---|---|---|---|
| Rosendo Ramirez | PO Box 75 | Encino, TX 78353 | no | unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Sam Longoria | 1623 Milford Street | Houston, TX 77006 | 09/23/14 | | |
| Sara Longoria Vela | PO Box 468 | Premont, TX 78375 | no | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| Sulema L. Gutierrez | Star Route | Encino, TX 78353 | no | returned; unable to forward; insufficient address | 12/05/14 - Requested Motion for Substitute Service |
| Sylvia Pena | HCR 1 Box 143 | Encino, TX 78353 | 09/22/14 | | |
| William & Clara York | 1701 Esperanza | McAllen, TX 78501 | | returned; unable to forward | 12/05/14 - Requested Motion for Substitute Service |
| William York, Jr. | 9158 Gleneagle Drive | Blaine WA 98230 | 09/23/14 | | |